1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## Joinder and Consents to Removal

Matthew R. Fox
mrfox@jonesday.com
JONES DAY
4655 Executive Drive Suite 1500
San Diego, CA 92121-3134
Tel: (858) 314-1135

*Counsel for Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHIR ELIAS,<br><br>              Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br><br>              Defendants. | Case No.<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S JOINDER AND CONSENT TO REMOVAL OF ACTION** |

Without waiving any of its defenses or any other rights, Defendant Experian Information Solutions, Inc., hereby consents to the notice of removal of this action from the Superior Court of the State of California, County of San Diego, wherein it is now pending, to this Court. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits thereto filed by co-defendant Trans Union LLC. Experian Information Solutions, Inc. first received a copy of the Summons and Complaint, the initial pleading set forth the claim for relief upon which this action is based, on May 7, 2021.

1  DATED:  June 4, 2021                  JONES DAY

                                          By: _____
                                              Matthew R. Fox

                                          *Counsel for Experian Information Solutions, Inc.*